UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**KELLY BENTZ, individually,** *et al.***,**

        Plaintiff(s),

**v.**

        Civil No.  2:22cv16

**TAISHAN GYPSUM CO., LTD. f/k/a SHANDONG TAIHE DONGXIN CO., LTD.,** *et al.***,**

        Defendant(s).

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This action came for decision before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** Defendant's Motion to Dismiss, ECF No. 63, is GRANTED.

DATED:  11/17/2022　　　　　　　　　　　　　FERNANDO GALINDO, Clerk

Nunc Pro Tunc:  9/26/2022

　　　　　　　　　　　　　　　　　　　　By _____/s/_____
　　　　　　　　　　　　　　　　　　　　D. Brandt, Deputy Clerk